UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

NOAH JOHNSON, JR.,                                                                    PLAINTIFF

V.                              3:21-CV-00148-DPM-JTR

GREENE COUNTY DETENTION CENTER;
TAMMY GLENN, Head Nurse, Green
County Detention Center; and DOES                                    DEFENDANTS

## ORDER

Plaintiff's Motion to Correct Name (*Doc. 3*) is GRANTED. The Clerk is directed to amend the docket sheet to reflect that Plaintiff's correct name is Noah Johnson, Jr.[1]

IT IS SO ORDERED this 16th day of September, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's Motion also requested the Court send him an Application to Proceed In Forma Pauperis ("IFP Application"), but that request is now moot, as the docket reflects that the Court mailed Plaintiff an IFP Application on September 1, 2021.