# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

NOAH JOHNSON, JR.                                        PLAINTIFF

v.                              No. 3:21-cv-148-DPM

GREENE COUNTY DETENTION
CENTER;  TAMMY GLENN, Head Nurse,
Greene County Detention Center;  and
DOES, Greene County Jail Administrative
Staff, Medical Staff, and Employees               DEFENDANTS

## ORDER

Unopposed recommendation, *Doc. 9*, adopted.  FED. R. CIV. P.
72(b)  (1983 addition to advisory committee notes).  Strike
recommended.  28 U.S.C. § 1915(g).  Any *in forma pauperis* appeal would
not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 September 2022