IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

NOAH JOHNSON, JR.                                                    PLAINTIFF

v.                                No. 3:21-cv-148-DPM

GREENE COUNTY DETENTION
CENTER; TAMMY GLENN, Head Nurse,
Greene County Detention Center; and
DOES, Greene County Jail Administrative
Staff, Medical Staff, and Employees                               DEFENDANTS

JUDGMENT

Johnson's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 September 2022